UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELA SAUCIDO,<br><br>Defendant. | NO. CR15-5096BHS<br><br>**DISCOVERY PROTECTIVE ORDER** |

This matter, having come to the Court's attention through the parties' Stipulation for Entry of a Discovery Protective Order, and the Court, having considered the motion and being fully advised in this matter, hereby enters the following PROTECTIVE ORDER:

1. Protected Material

The following documents and materials are deemed Protected Material. The United States will make available copies of the Protected Material, including those filed under seal, to defense counsel to comply with the government's discovery obligations. Possession of copies of the Protected Material is limited to the attorneys of record, and investigators, paralegals, law clerks, experts, and assistants for the attorneys of record (hereinafter collectively referred to as members of the defense team). The following Protected Material will be marked and labeled as "Protected Material":

  a. Grand Jury transcripts and exhibits.

  b. Victim/Witness statements, including but not limited to, reports of law enforcement officers memorializing witness/victim statements, and audio/video recordings of interviews of victims and witnesses.

DISCOVERY PROTECTIVE ORDER/
*United States v. Saucido,* CR15-5096BHS - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

        c.      Records, reports, digital data, and documents containing business, financial, or other sensitive information belonging to the victims and witnesses in this case.

        d.      Personal information belonging to victim/witnesses and any material containing their personal information.

As used in this Order, the term "personal information" includes the full name of each victim and witness, their dates of birth, Social Security number (or other identification information), driver's license number, address, telephone number, location of residence or employment, financial information, employment records, medical records, school records, criminal records, and other confidential information.

2. <u>Scope of Review of Protected Material</u>

The attorneys of record and members of the defense team may display to and review the Protected Material with Defendant. The attorneys of record and members of the defense team acknowledge that providing copies of the Protected Material to Defendant and other persons is prohibited and agree not to duplicate or provide copies of Protected Material to Defendant or any other person, except as provided in Paragraph 1.

The United States Attorney's Office for the Western District of Washington is similarly allowed to display and review the Protected Material to/with lay witnesses, but is otherwise prohibited from providing copies of the Protected Material to lay witnesses, *i.e.* non-law enforcement witnesses.

3. <u>Parties' Reciprocal Discovery Obligations</u>

Nothing in this order should be construed as imposing any discovery obligations on the government or the defense that are different from those imposed by case law and Rule 16 of the Federal Rules of Criminal Procedure, and the Local Criminal Rules.

4. <u>Filing of Protected Material</u>

Any Protected Material that is filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court. This does not entitle either

DISCOVERY PROTECTIVE ORDER/
*United States v. Saucido,* CR15-5096BHS - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

party to seal their filings as a matter of course. The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

5. <u>Nontermination</u>

The provisions of this Order shall not terminate at the conclusion of this prosecution.

6. <u>Violation of Protective Order</u>

Any violation of any term or condition of this Order by Defendant, Defendant's attorney(s) of record, any member of the defense team, or any attorney for the United States Attorney's Office for the Western District of Washington, may be held in contempt of court, and/or may be subject to monetary or other sanctions as deemed appropriate by this Court.

If Defendant violates any term or condition of this Order, the United States reserves its right to seek a sentencing enhancement for obstruction of justice, or to file any criminal charges relating to Defendant's violation.

DATED this 1st day of April, 2015.

_[signature]_
BENJAMIN H. SETTLE
United States District Judge

Presented by:

_/s/ Matthew P. Hampton_
MATTHEW P. HAMPTON
Assistant United States Attorney

_/s/ Linda Sullivan_
LINDA SULLIVAN
Assistant Federal Public Defender

DISCOVERY PROTECTIVE ORDER/
*United States v. Saucido,* CR15-5096BHS - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970