UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANGELA SAUCIDO,<br><br>　　　　　　Defendant. | CASE NO. CR15-5096BHS<br><br>ORDER |

　　This matter comes before the Court on the Defendant's Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline. The Court, having considered the unopposed motion and the Defendant's speedy trial waiver, makes the following findings of fact and conclusions of law:

　　1. Discovery in this matter will be voluminous, inclusive of over 10,000 pages pages of material covering a period of nearly 10 years. Discovery will be disseminated by the government following entry of a protective order, and then the defense will need time to conduct their own investigation.

　　2. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for

pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

3. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense, to explore resolution of this case before trial and to ensure continuity of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

4. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

5. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B).

6. Defendant waived speedy trial through November 30, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED

That the trial date is continued from April 28, 2015, to October 27, 2015, at 9:00 a.m.; Pretrial Conference is set for October 19, 2015, at 11:00 a.m.; pretrial motions are due by September 16, 2015. The resulting period of delay from March 30, 2015, to October 27, 2015, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B)

Dated this 1st day of April, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge