1

2

3

4

5 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
6 AT TACOMA

7

8 UNITED STATES OF AMERICA,

Plaintiff,                          CASE NO. CR15-5096BHS
9
ORDER
v.
10
ANGELA SAUCIDO,
11
Defendant.

12

13     This matter comes before the Court on the Defendant's Unopposed Motion to Continue

Trial Date.  The Court, having considered the unopposed motion and the Defendant's speedy
14
trial waiver, makes the following findings of fact and conclusions of law:
15
1.   Defense counsel was recently appointed as substitute counsel on 9/14/2015.
16
Discovery materials in this matter are voluminous and defense counsel needs additional time to
17
prepare for trial.

18     2.   The defense needs additional time to explore all relevant issues and defenses

19 applicable to the case, which would make it unreasonable to expect adequate preparation for

20 pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act

21 and currently set for this case.  18 U.S.C. § 3161(h)(7)(B)(ii).

22

3.   Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense, to explore resolution of this case before trial and to ensure continuity of defense counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).

4.   Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(i).

5.   The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B).

6.   Defendant waived speedy trial through December 30, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED

That the trial date is continued from October 27, 2015 to December 15, 2015 at 9:00 a.m.; Pretrial Conference is set for December 7, 2015 at 2:30 p.m.; pretrial motions are due by November 6, 2015.   The resulting period of delay from September 23, 2015 to December 15, 2015 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B)

Dated this 28th day of September, 2015.


BENJAMIN H. SETTLE
United States District Judge